IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-738-AP

MIKEL J. ATWOOD,

      Plaintiff,

v.

JO ANNE B. BARNHART,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:
Luke A. Brennan, Esq.

422 White Avenue, Suite 323
Grand Junction, CO 81501
(970) 245-8021

(970) 245-0590 (Facsimile)
Luke@llblaw.com


<u>For Defendant</u>:
Michele M. Kelley
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A

Denver, Colorado  80294
*(*303) 844-0812
(303) 844-0770 (Facsimile)

Michele.kelley@ssa.gov
*Street Address:*

1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

      **A.**      **Date Complaint Was Filed:** April 22, 2005

      **B.**      **Date Complaint Was Served on U.S. Attorney's Office:** May 9, 2005

      **C.**      **Date Answer and Administrative Record Were Filed:** July 8, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties intend to submit no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case involves not unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

The parties bring no other matters to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

      **A.**      **Plaintiff's Opening Brief Due:** September 9, 2005

      **B.**      **Defendant's Response Brief Due:** October 11, 2005

C.      **Plaintiff's  Reply Brief (If Any) Due:** October 26, 2005

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

A.      **Plaintiff's Statement:** Plaintiff does not request oral argument.


B.      **Defendant's Statement:** Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.      **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.      **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*


DATED this 27th day of <u>July</u>, 2005.

                                        BY THE COURT:

                                        <u>S/**John L. Kane**</u>
                                        Senior Judge, United States District Court

APPROVED:

| | WILLIAM J. LEONE<br>Acting United States Attorney |
|---|---|
| | |
| s/ Luke A. Brennan<br>Luke A. Brennan, Esq.<br>422 White Avenue, Suite 323<br>Grand Junction, CO 81501<br>Telephone: (970) 245-8021<br>Facsimile: (970) 245-0590<br>luke@gllblaw.com<br><br>Attorney for Plaintiff | s/ Kurt J. Bohn<br>Kurt J. Bohn<br>Assistant United States Attorney<br><br><br>s/ Michele M. Kelley<br>By: Michele M. Kelley<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0812<br>Facsimile: (303) 844-0770<br>michele.kelley@ssa.gov<br><br>Attorney for Defendant |