IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00738-MSK

MIKEL J. ATWOOD,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security Administration,

    Defendant.

## ORDER SETTING ORAL ARGUMENT

THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

**IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **April 5, 2006 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  **Oral argument will be limited to 15 minutes per side.**

DATED this 10th day of February 2006.

                      **BY THE COURT:**

                      *Marcia S. Krieger*
                      _____

                      Marcia S. Krieger

United States District Judge